UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.        ) | 22CR10077 |
| ) | |
| ) | |
| Peterson Souza       ) | |
| ) | |

Motion to Return Passport
To Defendant

Defendant Peterson Souza moves that the court order returned to him passport originally surrendered in Los Angeles California but which has been transferred to Boston Massachusetts in advance of sentencing hearing on June 14

THE DEFENDANT
By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
nathanlaw@earthlink.net

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/13/23

/s/